# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00258-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

ELBERT HUGHLEY,

     Plaintiff,

v.

[NO NAMED DEFENDANT],

     Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

     Plaintiff, Elbert Hughley, currently is incarcerated at the Weld County Jail in

Greeley, Colorado.  He has submitted *pro se* a letter with attachments (ECF No. 1).  As

part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined

that the submitted documents are deficient as described in this order.  Plaintiff will be

directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff

files in response to this order must include the civil action number noted above in the

caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X    is not submitted (must use the court's current form revised 10/01/12 with
         Authorization and Certificate of Prison Official)
(2)   __    is missing affidavit
(3)   X    is missing certified copy of prisoner's trust fund statement for the 6-month
         period immediately preceding this filing
(4)   __    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing an original signature by the prisoner
(7)   __    is not on proper form (must use the court's current form)
(8)   __    names in caption do not match names in caption of complaint, petition or
         habeas application

(9)    __    An original and a copy have not been received by the court.
              Only an original has been received.
(10)   X     other:  § 1915 motion and affidavit and certified account statement only
              are necessary if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11)   X     is not submitted
(12)   __    is not on proper form (must use the court's current form)
(13)   __    is missing an original signature by the prisoner
(14)   __    is missing page nos. ___
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    An original and a copy have not been received by the court.  Only an
              original has been received.
(17)   __    Sufficient copies to serve each defendant/respondent have not been
              received by the court.
(18)   __    names in caption do not match names in text
(19)   __    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case

manager or the facility's legal assistant) the Court-approved forms for filing a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner

Complaint, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this order**, the action will be dismissed without

further notice.

DATED February 4, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge