IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00258-LTB

ELBERT HUGHLEY,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 12, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 12 day of March, 2013.

                                        FOR THE COURT,

                                        JEFFREY P. COLWELL, Clerk

                                        By: s/ S. Grimm
                                              Deputy Clerk